**Opinion issued August 30, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00622-CV

————————————

**TAMMI HUMPHREY (AKA TAMMI JONES), Appellant**

**V.**

**LARRY HUMPHREY II, THE HONORABLE CHARLEY PRINE, THE HONORABLE CHELSEA RAMOS, LEONEL FARIAS, Appellees**

---

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-37371**

---

## MEMORANDUM OPINION

Appellant filed a motion to dismiss her appeal. No opinion has issued.

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Jennings, Higley, and Massengale.